IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE )
)
    Plaintiff, )
)
v. ) Civil Action No. 07-6 GMS
)
CORRECTIONAL MEDICAL SERVICES, )
SCOTT S. ALTMAN, )
DR. CATHY KIONKE, )
GAIL ELLER )
)
    Defendants. )

**AUTHORIZATION**

I, Kevin C. Brathwaite, SBI #315294, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $39.47 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated January 18, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: January 23, 2007.

_____
Signature of Plaintiff

IM/ Kevin C. Brathwaite
SBI# 315294 UNIT 5W7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 King St. Lockbox-18
Wilmington DE.
19801-3570