To: PETER DAlleo, Clerk

From: Kevin C. Brathwaite #315294

RE: C.A. No. 1-07-cv-6 G.M.S.

DATE: Feb, 21st, 2007

**FILED**
**FEB 23 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Dear Mr. Dalleo,

This case was filed as a last resort in my attempts to be treated by the medical dept. I have developed an infection in the problem area and this infection has lingered for over a year and a half and is now starting to spread. So if there is any way at all that this matter can be moved along expeditiously any efforts that you exhaust will be greatly appreciated.

Sincerely

[signature]

I/M Kevin C. Brathwaite
SBI# 315294 UNIT ____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter Dalleo, clerk
office of the clerk
U.S. District court
844 N. King St Lockbox-18
Wilmington DE
19801

