TO: PETER DALLEO, Clerk

FROM: KEVIN C. BRATHWAITE.

RE: BRATHWAITE V. C.M.S.
           C.A. # 1:07-cv-6-G.M.S.

DATE: MARCH, 11th, 2007

FILED

MAR 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MR. DALLEO,
           I AM SUFFERING
CONTINUOUS PAIN AND discomfort
AS A result of the iNfection
that I have developed. For AND
After MANY Attempts to have
this MAtter corrected I have
No other recourse other than
this civil complaint. So At
this time I AM respectfully
requesting permission to
Serve these defendants with
this complaint So that I CAN
At least let them Know that
this is A very Serious Matter

Thank you

C.C. File
N.A.A.C.P.

IM: Kevin C. BRAITHWAITE

SBI# 315294 UNIT _____

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

PETER DALLEO, CLERK
OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST.
Wilmington DE
19801