TO: PETER DALLEO, CLERK

FROM: KEVIN C. BRATHWAITE

RE: BRATHWAITE V. CORR. MED. SERVICES
C.A. # 1:07-CV-06 G.M.S.

DATE: MARCH, 12th, 2007

FILED
MAR 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEAR MR. DALLEO,
On February, 2nd, 2007 $39.47, was deducted from my account here at D.C.C., to pay the initial partial filing fee. To my understanding the balance of the fee would be due upon the conclusion of this case. But I just now received another receipt from the business office here at D.C.C. to let me know that another $18.92 was deducted from my account and sent to the court for the filing fee. I make $9.80 per month, and I need to know if money is going to be taken every month. If not, then someone needs

to notify this facility that they must stop taking my money. Also, I ~~need~~ need answers to the following questions.

1. Am I allowed to write a letter directly to the judges chambers to ask questions?

2. What date did the price of the filing fee go from $150.00 to $350.00.

3. Why is the paralegals at this facility being allowed to have direct interference with mail that comes from the court before I receive it.

4. When will I be allowed to commence service upon the defendants in this matter.

Thank you

c.c. File

IM KEVIN C. BRAITHWAITE
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

PETER DALLEO, CLERK
Office of the Clerk
U.S. DISTRICT COURT
844 N. KING ST
19801



02 1P
0000238640I    MAR 14 2007
MAILED FROM ZIP CODE 19977
$00.39