OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 19, 2007

TO: Kevin C. Brathwaite
SBI 315294
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE:* **Response to Letter to the Clerk of Court dated 3/12/07; docketed as d.i. # 8.
Civ. No. 07-06 GMS**

Dear Mr. Brathwaite:

The Clerk's office is in receipt of your letter dated 3/12/07 regarding the payment of filing fees in **Civ. No. 07-06 GMS.** Please be advised that this office is unable to render legal advice.

Enclosed you will find a copy of the Order issued on 1/19/07 granting your request to proceed in forma pauperis (d.i. #4), and a copy of the authorization form your signed and returned to the Clerk's office on 1/23/07 (d.i. #5). **Both of these items clearly explained the terms of proceeding in forma pauperis, which you agreed to upon signing and returning your authorization form (d.i. #5).**

The filing fee became $350.00 on 4/9/2006. Pursuant to the Federal Rules of Civil Procedure, any materials you intend on filing with the court must be sent to the Clerk's office. Your case is pending before the Court. Please note, you will be advised in a court issued order as to when and how service will be perfected in this case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet