TO: Clerks office

FROM: KEVIN C. BRATHWAITE

RE: BRATHWAITE V. C.M.S. et.al
C.A. # 1-07-CV-6-G.M.S.

DATE: June, 25th, 2007

FILED
JUN 28 2007
RGscan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear clerk,
   Would you please let me know if service has been completed by the Marshals office. If service has been executed would you please send me the receipts so I can keep up with the dates and deadlines.

Thank you for your time and attention to this matter.

Sincerely
[signature]

IM Kevin C. Brathwaite
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
Office of the clerk
844 N. King ST
Wilmington DE.
19801