TO: Marshals Office

FROM: KEVIN C. BRATHWAITE

RE: Service - Civil No. 07-06-G.M.S.

DATE: July, 10th, 2007

**FILED**
**JUL 11 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Dear Mashals,

I received a letter from the clerks office, dated, May, 23rd, 2007, Notifying me that my complaint along with the Marshal 285 forms were forwarded to your office in accordance with the Courts orders. So at this time I am requesting a copy of the receipts so I can keep track of the records in this matter.

Thank you for your time and attention to this very serious matter.

Sincerely

C.C. The Honorable Gregory Sleet
     Clerks office
     File



INM: KEVIN C. BRAITHWAITE
SBI# 315294 UNIT ____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES MARSHALS OFFICE
UNITED STATES DISTRICT COURT
844 N. KING ST
Wilmington DE.
19801

U.S.M.S. X-RAY