UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN C. BRAITHWAITE, | ) | |
| | ) | Case No. 07-006 |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| SCOTT S. ALTMAN, CATHY KIONKE | ) | |
| And GAIL ELLER, | ) | |
| | ) | |
| Defendants. | ) | |

-------------------------------------------------------

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendants Correctional Medical Services, Scott S. Altman, Cathy Kionke and Gail Eller.  This entry of appearance is not a waiver of any defense available to defendants and all defenses to the above-captioned action are reserved.


BALICK & BALICK, LLC


_____/s/ James E. Drnec_____
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendants


Date:   July 20, 2007

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 20th day of July 2007, the foregoing Entry of

Appearance was filed via CM/ECF and served First Class Mail upon the following:

> Kevin C. Braithwaite
> #315294
> 1181 Paddock Rd.
> Smyrna DE 19972

                        /s/ James E. Drnec
                  James E. Drnec, Esquire (#3789)