TO: PETER T. DALLEO, Clerk

FROM: KEVIN C. BRATHWAITE

RE: LETTER DATED, MAY, 23rd, 2007
C.A. No 07-06 G.M.S     07cv06 GMS

DATE: July, 23rd, 2007

FILED
JUL 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEAR MR. DALLEO,

I received a letter from your office dated May, 23rd, 2007. Stating that in accordance with the courts orders my complaint and the U.S. Marshal forms would be forwarded to the Marshals office for service. In the past two months I have written two letters to your office and two letters to the Marshals office to inquire as to the service of this complaint. As of this date I have not received a response to any of my letters. This complaint is of a medical nature and my infection is only getting worse. And I

cannot file for injuctive relief until these defendants have been served with this complaint. So at this time I am requesting to know if these defendants have been served with this complaint. And if not would you please assist me with having service completed.

Thank you for your time and attention to this matter.

Sincerely

[signature]

c.c.
File

I/M KEVIN C. BRATHWAITE
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

PETER T. DALLEO, CLERK
U.S. DISTRICT COURT
Office of the Clerk
844 N. KING ST.
Wilmington DE
19801