UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE
    PlAINTiFF

V.

C.A. No 007-006, G.MS
Jury TRial DemAnded

Correctional Medical
Services, Scott AltMAN
ANd cAthy KioNKe
    DeFendants

FILED

AUG 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINtiFF's Response to the
DeFendANt's ANSwer

Now comes the PlAintiff, KEViN
C. BrAthwAite, responding to the
defendants ANSwer. As A
response this PlAintiFF offers
the Following:

1. This PlAintiFF does state A
claim in the stAtement of
claim AttAched to the CompAint.

2. This Plaintiff has a constit-
   utional right to receive proper
   dental treatment.

3. These defendants are attempting
   to minimize the dental treatment
   that this Plaintiff needs

4. 18 Del. c. § 6853 does not
   apply, because this Plaintiff
   does not claim negligence
   anywhere in his complaint. In
   fact the only relief requested
   is for treatment, constitutional
   violations, pain and suffering
   and punitive damages. There
   is no relief being sought for
   negligence.

5. These claims are not barred
   by statute of limitations,
   as the problems still haven't
   been corrected.

6. Civil rights claims should not
   be barred because these
   defendants continue to blatantly
   disregard the constitutional

rights of this Plaintiff.

7. This Plaintiff should receive
   Punitive damages due to the
   fact that he continuously made
   Numerous Attempts to receive the
   proper dental treatment that he
   is entitled to, but these
   defendants continuously violated
   his rights, and they also violate
   the rights of many other inmates
   by denying them the proper
   care and treatment that they
   are entitled to. And these
   defendants must be shown that
   they cannot continue to violate
   the constitutional rights of these
   individuals. And punitive damages
   are meant to be preventative
   measures.

8. This Plaintiff has been
   continuously attempting to get
   treatment for a root canal,
   replaced fillings and fillings.

9. This Plaintiff is currently in
   possession of a piece of

one of his fillings that he showed to the dentist that needs to be replaced but was left untreated.

10. This Plaintiff has already exhausted all of his administrative remedies all the way through to the appeal process. After the outside grievance committee reviewed and investigated this Plaintiffs appeal they granted his appeal and upheld the grievance request. See Attached exhibits.

11. After the outside grievance committe granted this Plaintiffs appeal, he wrote defendants, Scott Altman, Cathy Kionke and Gail Eller to request treatment once again. See, Attached exhibits.

12. Regardless of how the injuries occurred, these defendants have a legal and constitutional obligation to properly treat this Plaintiff for any and all

Medical and dental Needs.

13. Prison healthcare administrators
Nationwide were well advised to
study the New C-D-C-R- Plan to
Formulate Plans for their own
Jurisdictions. See, _Perez V._
_Tilton_ U.S.D.C. Nd, CA. No.
305 CV. 5241.

Wherefore, This plaintiff respectfully
request that this honorable Court
rule in his Favor

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

Dated: August, 14ᵗʰ 2007

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

March 12, 2007

17 - BL-8

Inmate BRATHWAITE KEVIN C
SBI # 00315294
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear KEVIN BRATHWAITE:

We have reviewed your Grievance Case # 46948 dated 06/08/2006.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Richard Kearney
Bureau Chief

EXhibit - A

DCC  Delaware Correctional Center                                    Date: 03/13/2007
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 46948 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Resol. Date** : 03/13/2007 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: My front teeth have developed an infection and the dentist told me that I need a root canal which can only be approved by the DOC.

**Remedy Requested** : That I be given a root canal to properly treat the infection in my teeth.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 06/20/2006 |
| **Investigation Sent :** 06/20/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount :** | |

DCC **Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/13/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** BRATHWAITE, KEVIN C          **SBI#**          : 00315294          **Institution**          : DCC
**Grievance #**     : 46948                                              **Grievance Date** : 06/08/2006          **Category**          : Individual
**Status**          : Resolved                                          **Resolution Status:** Level 3          **Inmate Status :**
**Grievance Type:** Health Issue (Medical)                **Incident Date**     : 06/08/2006          **Incident Time :**
**IGC**          : Merson, Lise M                                      **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah                                   **Date of Report** 06/20/2006

**Investigation Report :** o documentation in chart re:need for root canal.
placed on op list for fillings on 6-08-06.
Approx 4 mth waiting list according to dentist Zimble.
Next level.

**Reason for Referring:**

**Investigator Name** : Eller, Gail                                             **Date of Report** 11/15/2006

**Investigation Report :** Inmate instructed to put in a sick call request for dental and be specific as to questionable infection in front teeth.

**Reason for Referring:**

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

**Page 2 of 6**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/13/2007

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 46948 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single | |

## IGC

**Medical Provider:**                    **Date Assigned**

**Comments:**

`

[x] **Forward to MGC**          [ ] **Forward to Medical Provider**     [ ] **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to MGC :**     09/27/2006

[ ] **Offender Signature Captured**     **Date Offender Signed**     :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/13/2007

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 46948 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single | |

### APPEAL REQUEST

Appeal received 14 November 2006.
Inmate states: The damage that was done to my front teeth is of no fault of mine. An infection has developed that requires a root canal. This problem has been ongoing since Oct., 9th 2004. the dentist told me that the only way I can get a root canal is if it gets approved by the DOC. The infection on my front teeth seems to be getting worse. So at this time I am requesting that my front teeth be repaired and that I get a root canal as soon as possible.

### REMEDY REQUEST

DCC **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/13/2007

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** BRATHWAITE, KEVIN C

**Grievance #** : 46948

**Status** : Resolved

**Grievance Type:** Health Issue (Medical)

**IGC** : Merson, Lise M

**SBI#** : 00315294

**Grievance Date** : 06/08/2006

**Resolution Status :** Level 3

**Incident Date** : 06/08/2006

**Institution** : DCC

**Category** : Individual

**Inmate Status :**

**Incident Time :**

**Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single

### REFERRED TO

**Due Date :** 12/05/2006          **Referred to:** Person          **Name:** Welch, James

**Type of Information Requested :**
Grievant requests root canal & treatment for infection.

**Response to Information Requested :**

### DECISION

**Date Received :** 11/17/2006

**Decision Date** : 02/06/2007          **Vote :** Uphold

**Comments** :

Grievant needs dental care (fillings and root canal).

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 03/13/2007

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** BRATHWAITE, KEVIN C
**Grievance #** : 46948
**Status** : Resolved
**Grievance Type:** Health Issue (Medical)
**IGC** : Merson, Lise M

**SBI#** : 00315294
**Grievance Date** : 06/08/2006
**Resolution Status :** Level 3
**Incident Date** : 06/08/2006

**Institution** : DCC
**Category** : Individual
**Inmate Status :**
**Incident Time :**

**Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single

### DECISION

**Decision Date:** 03/12/2007     **Vote :** Uphold

**Comments :**

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** BRATHWAITE, KEVIN C
**Grievance #** : 46948
**Status** : Resolved
**Grievance Type:** Health Issue (Medical)
**IGC** : Merson, Lise M

**SBI#** : 00315294
**Grievance Date** : 06/08/2006
**Resolution Status:** Level 3
**Incident Date** : 06/08/2006

**Institution** : DCC
**Category** : Individual
**Inmate Status :**
**Incident Time :**

**Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single

### MGC

**Date Received :** 09/27/2006     **Date of Recommendation:** 11/16/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Branch, Adriene | Deny |
| Staff | | Gordon, Oshenka | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain : 1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held Monday 13 November 2006.
Deny: Submit a sick call request for the dentist about ? infection in front teeth.

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

March 12] 2007

$17, BL-8$

**Inmate BRATHWAITE KEVIN C**
**SBI # 00315294**
**DCC  Delaware Correctional Center**
**SMYRNA DE, 19977**

**Dear KEVIN BRATHWAITE:**

We have reviewed your Grievance Case # 46949 dated 06/08/2006.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

**Richard Kearney**
**Bureau Chief**

$EXhibit - B$

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 03/13/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BRATHWAITE, KEVIN C | **SBI#**          : 00315294 | **Institution**     : DCC |
| **Grievance #**     : 46949 | **Grievance Date** : 06/08/2006 | **Category**      : Individual |
| **Status**           : Resolved | **Resolution Status :** Level 3 | **Resol. Date**   : 03/13/2007 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**      : 06/08/2006 | **Incident Time :** |
| **IGC**              : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I was told today that I would have to wait many months to have three teeth filled. If I have to wait that long, then by the time I am called for fillings the teeth will be even more decayed.

**Remedy Requested**     : That I get dental treatment ASAP.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 06/20/2006 |
| **Investigation Sent :** 06/20/2006 | **Investigation Sent To**     : Rodweller, Deborah |
| **Grievance Amount :** | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/13/2007

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC
**Grievance #** : 46949 | **Grievance Date** : 06/08/2006 | **Category** : Individual
**Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :**
**Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :**
**IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah                    **Date of Report**  06/20/2006

**Investigation Report :** Only i sick call in chart dated 05-22-06.
          placed on 4 mth waiting list for fillings according to Dr Zimble.

**Reason for Referring:**


**Investigator Name** : Eller, Gail                    **Date of Report**  11/15/2006

**Investigation Report :** Inmate is on the dental list and will be notified when the time arrives to be seen.

**Reason for Referring:**


**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/13/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BRATHWAITE, KEVIN C | **SBI#**           : 00315294 | **Institution**      : DCC |
| **Grievance #**    : 46949 | **Grievance Date** : 06/08/2006 | **Category**      : Individual |
| **Status**         : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 06/08/2006 | **Incident Time :** |
| **IGC**           : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single | |

### IGC

**Medical Provider:**                     **Date Assigned**

**Comments:**


[x] **Forward to MGC**            [ ]    **Forward to Medical Provider**    [ ]    **Warden Notified**

[ ] **Forward to RGC**            **Date Forwarded to MGC :**        09/27/2006

[ ] **Offender Signature Captured**        **Date Offender Signed**        :

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 03/13/2007

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** BRATHWAITE, KEVIN C | **SBI#** : 00315294 | **Institution** : DCC |
| **Grievance #** : 46949 | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/08/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single | |

### APPEAL REQUEST

Appeal received 14 November 2006.
Inmate states: Over the past two (2) years I have submitted numerous sick call request to have my fillings replaced and nothing has been done. On Sept, 25th I was called to the dentist office and she didn't even examine my teeth or do x-rays or anything. all she did was ask me to sign off on a grievance. When I refused to sign off, she told me I would not be seen for Nine (9) to twelve (12) months. The damage to my teeth is only getting worse and it's already been over two (2) years.

### REMEDY REQUEST

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 03/13/2007

# GRIEVANCE INFORMATION - BGO

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** BRATHWAITE, KEVIN C
**Grievance #** : 46949
**Status** : Resolved
**Grievance Type:** Health Issue (Medical)
**IGC** : Merson, Lise M

**SBI#** : 00315294
**Grievance Date** : 06/08/2006
**Resolution Status :** Level 3
**Incident Date** : 06/08/2006
**Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single

**Institution** : DCC
**Category** : Individual
**Inmate Status :**
**Incident Time :**

### REFERRED TO

**Due Date :** 12/05/2006        **Referred to:** Person        **Name:** Welch, James

**Type of Information Requested :**
Grievant reports elongated delay in receiving dental services.

**Response to Information Requested :**

### DECISION

**Date Received :** 11/16/2006
**Decision Date** : 02/06/2007        **Vote :** Uphold
**Comments** :
Grievant needs fillings. His sick call is dated 5/22/06



**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/13/2007

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** BRATHWAITE, KEVIN C

| | | | | | |
|---|---|---|---|---|---|
| **Grievance #** : 46949 | **SBI#** : 00315294 | **Institution** : DCC |
| **Status** : Resolved | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Grievance Type:** Health Issue (Medical) | **Resolution Status :** Level 3 | **Inmate Status :** |
| **IGC** : Merson, Lise M | **Incident Date** : 06/08/2006 | **Incident Time :** |

**Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single

### DECISION

**Decision Date:** 03/12/2007          **Vote :** Uphold

**Comments :**

.

.
.

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** BRATHWAITE, KEVIN C

| | | | | | |
|---|---|---|---|---|---|
| **Grievance #** : 46949 | **SBI#** : 00315294 | **Institution** : DCC |
| **Status** : Resolved | **Grievance Date** : 06/08/2006 | **Category** : Individual |
| **Grievance Type:** Health Issue (Medical) | **Resolution Status:** Level 3 | **Inmate Status :** |
| **IGC** : Merson, Lise M | **Incident Date** : 06/08/2006 | **Incident Time :** |

**Housing Location :** Bldg 17, Lower, Tier B, Cell 8, Single

### MGC

**Date Received :** 09/27/2006          **Date of Recommendation:** 11/16/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Deny |
| Staff | | Gordon, Oshenka | Deny |
| Staff | | Branch, Adriene | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain :1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held Monday 13 November 2006.
Deny: Inmate on dental list - They will schedule inmate as his time arrives.

To: Scott A. Altman

FROM: Kevin C. Brathwaite #315294

RE: Grievance Appeals
      # 46948 AND 46949

DATE: March, 20th, 2007


        Dear Mr. Altman,
                    I am writing
you this letter to let you know
that the two grievances that I
Filed in regards to dental treatment
were both reversed on appeal and
my request was to upheld. So at
this time I am once again
requesting immediate dental treatment
and that all of my dental needs
be corrected.

                            Sincerely

C.C. DR. Cathy Kionke
      Gail Eller              Exhibit - C
      File

TO: DR. CAThy KioNKe

FROM: KeviN C. BRAthWAite #315294

RE: GRievANce Appeals
      # 46948 AND 46949

DATE: MARch, 20th, 2007


      DeAr DR. KioNKe,
                  I AM writing
you this letter to let you KNOW
that the two grievances that I
Filed iN regards to dental treatment
were both reversed oN Appeal
AND MY request WAS upheld. So
At this time I AM oNce AgAiN
requesting immediate dental treatment
AND that All oF MY dental Needs
be corrected.




                        Sincerely


C.C. Scott A. AltMAN

TO: GAIL Eller

FROM: KeviN C. BRAthwaite  #315294

RE: GrieVANCe AppeAls
        #46948 AND 46949

DATE: MARch, 20th, 2007


        DEAr MS. Eller,
                I AM writing you
this letter to let you KNOW that
the two grievANces that I filed
in regards to dentAl treatment
were both reversed ON AppeAl AND
MY request WAS upheld. So At
this time I AM once AgAiN
requesting immediate dentAl treatment
AND that All of My dentAl Needs
be corrected.

                        SINcerely

C.C. SCott A. AltMAN
    DR. KioNKe                   EXhibit=E
    file

## Certificate of Service

I Kevin C. Brathwaite, states
that I have caused A copy of
the Attached response to the
defendants Answer, to be Mailed
to the following party by Way
of U.S. Postal Service.


James E. DrNec, Esq.
711 King St.
Wilmington DE.
    19801




Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
    19977


Dated: August, 14th, 2007