UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE
PLAINTIFF

V.                                CA.#007-006 G.M.S.
                                  JURY TRIAL DEMANDED

CORRECTIONAL MEDICAL
SERVICES, SCOTT ALTMAN
AND CATHY KIONKE

FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S FIRST SET OF
INTERROGATORIES DIRECTED TO
CORRECTIONAL MEDICAL SERVICES

Pursuant to Rule 33 of the Federal rules of Civil Procedure, Plaintiff Kevin C. Brathwaite request that Defendant Correctional Medical Services forward the following items:

1. A complete set of X-rays of each of the plaintiffs teeth.

2. All documented treatment that the plaintiff received from the dentist from October, 9th, 2004 thru August, 14th 2007

3. A written copy of Correctional Medical Services obligations for dental treatment.

4. A written copy of the Services that Correctional Medical Services provides, for dental treatment

5. The date that a written request was forwarded to the warden or the department of corrections by the dental department, to allow the plaintiff to receive a root canal. And who was the request forwarded by

6. A copy of the plaintiffs entire dental file.

7. All reports, letters and documents that the defendants intend to use as a defense.

*[signature]*
1181 Paddock Rd.
Smyrna DE.
19977

Dated: August, 14th, 2007

Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the attached, <u>Plaintiffs First set of interrogatories directed to Correctional Medical Services</u>, to be mailed to the following party by way of U.S. Postal Service.

James E. Drnec, Esq
711 King St
Wilmington DE.
19801

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
19977

Dated: August, 14th 2007