TO: CLERKS OFFICE

FROM: KEVIN C. BRATHWAITE

RE: Injuctive Relief
C.A. # 04-1542-G.M.S.
C.A # 1-07-CV-6 G.M.S.

DATE: NOVEMBER, 5th, 2007

DEAR CLERK,

This is the third letter that I am writing to the court regarding this matter. I filed motions for injuctive relief in the above numbered cases. I am in constant pain and in need of treatment. So at this time I am requesting that the motions for injuctive relief be brought to the judge for a ruling.

Sincerely

C.C.
File

FILED
NOV -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I Kevin C. Brathwaite states that I caused a copy of the enclosed letters to the clerks office to be mailed to the following parties by way of U.S. Postal Service.

Ophelia Waters, Esq
820 French St.
Wilm. DE.
   19801

James Drnec, Esq.
711 King St.
Wilm DE.
   19801

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE.
   19977

DATE- 11-5-07

IM KEVIN C. BRATHWAITE
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 NOV 2007 PM 1 T

U.S. DISTRICT COURT
OFFICE OF THE CLERK
844 KING ST. Lockbox-18
Wilmington DE
19801