**COPY**

TO: THE Honorable Judge GREGORY M. SLEET

FROM: KEVIN C. BRATHWAITE

RE: Injuctive Relief - Pain And Suffering
<u>BRATHWAITE V. CORRectioNal Medical Services, et. Al</u>
C.A # 007-006-G.M.S.

DATE: December, 26th, 2007

Dear Judge Sleet,

On or about August, 14th 2007 I filed a motion for injuctive relief in the above titled matter. This has always been a matter of pain and suffering. But now it has become a matter of extreme pain and suffering. So at this time I am requesting that a ruling be rendered on the motion for injuctive relief.

Thank you for your time and attention to this very urgent matter.

Sincerely,
[signature]

Certificate of Service

I Kevin C. Brathwaite, states that I have caused a copy of the attached letter to be sent to the following party by way of the U.S. Postal Service.

James Drnec, Esq
Balick & Balick
711 King St.
Wilmington DE
19801

Kevin C. Brathwaite
1181 Paddock Rd.
Smyrna DE
19977

Date: 12-28-07

IM KEVIN C. BRAITHWAITE
SBI# 315294 UNIT Sh W17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
844 KING ST
WILMINGTON DE.
19801