UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

COPY

KEVIN C. BRATHWAITE
PLAINTIFF

V.                                C.A.# 007-006-G.M.S.
                                  JURY TRIAL DEMANDED

CORRECTIONAL MEDICAL
SERVICES, SCOTT ALTMAN
AND CATHY KIONKE

FILED
JAN - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I   PLAINTIFF'S SECOND SET OF
    <u>INTERROGATORIES DIRECTED TO</u>
    <u>CORRECTIONAL MEDICAL SERVICES</u>

PURSUANT to <u>Rule 33</u> AND <u>Rule 34</u> of the Civil Procedure, Plaintiff Kevin C. Brathwaite, request that Defendant, Correctional Medical Services forward the following items:

1. The name and address for the insurance company that provides insurance to Correctional Medical Services.

2. A complete set of x-rays of each of this plaintiffs teeth.

3. All documented treatment that this plaintiff received from the dentist from October, 9th, 2004 thru January, 9th, 2008.

4. A written copy of Correctional Medical Services obligations for dental treatment.

5. A written copy of the services that Correctional Medical Services actually provides, for dental treatment.

6. The date that a written request was forwarded to the warden or the department of

corrections, by the dental department, to allow the plaintiff to receive a root canal, and who was the request forwarded by.

7. A copy of the plaintiffs entire dental file.

8. All reports, letters and documents that defendants intend to use as a defense.

9. Documentation that shows the extent as to damages that are covered by the insurance carrier and damages that are to be covered by individual parties.

These request for documents and interrogatories are being made pursuant to rule, 33 and rule, 34 of the federal rules of civil procedure.

DATED: JANUARY, 9th, 2008

_[signature]_
KEVIN C. BRATHWAITE
1181 PADDOCK RD.
SMYRNA DE. 19977

## CERTIFICATE OF SERVICE

I KEVIN C. BRATHWAITE, states that I have caused a copy of the attached, PLAINTIFF'S Second Set of interrogatories directed to Correctional Medical Services, to be Mailed to the following party by way of the U.S. Postal service.

JAMES E. DRNEC, ESQ.
711 King St.
Wilmington DE.
19801

KEVIN C. BRATHWAITE
1181 Paddock Rd.
Smyrna DE.
19977

DATE. JANUARY, 9th, 2008

I/M KEVIN C. BRATHWAITE
SBI# 315294 UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
844 KING ST
WILMINGTON DE.
19801





02 1A
000460 8975
MAILED FROM ZIPCODE 19977
$ 00.58⁰
JAN 05 2008
PITNEY BOWES
UNITED STATES POSTAGE