TO: CLERKS OFFICE

FROM: KEVIN C. BRATHWAITE

RE: BRATHWAITE V. CORRECTIONAL MEDICAL SERVICES ET-AL.
C.A.# 07-006 G.M.S.

DATE: JANUARY, 14th, 2008


DEAR CLERK,

Would you please file the attached letter that I mailed to the defendants attorney to appear on the courts docket sheet.



FILED
JAN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Sincerely,

[signature]

TO: JAMES E. DRNEC, ESQ.

FROM: KEVIN C. BRATHWAITE

RE: BRATHWAITE V. CORR. MED. SERVICES
C.A. # 07-006, G.M.S.

DATE: JANUARY, 14th 2008



DEAR MR. DRNEC,
 I received the copy of the confidentiality agreement that you requested me to sign. Before I consider signing this agreement I need to be clear on the items that you presented to the court. It is my understand that you and your clients are claiming that I do not have the constitutional right to receive a root canal or fillings in my teeth, eventhough my appeal to receive a root canal and fillings was approved by the outside grievance committee.

AND two years ago your clients wrote me letters telling me that I would receive the treatment. If this is your position regarding this matter please let me know. The teeth that I need fillings for are only getting worse. And I need treatment as soon as possible. So at this time I need to know if your clients are prepared to resolve this matter and give me the treatment that I am clearly entitled to.

I am awaiting your reply to this very serious matter.

Thank you

[signature]

c.c. U.S. District Court Clerks office file

IM KEVIN C. BROTHWAITE
SBI# 315294   UNIT SH 7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
844 KING ST
WILMINGTON DE.
19801