TO: CLERKS OFFICE

FROM: KEVIN C. BRATHWAITE

RE: BRATHWAITE V. CORR. MED. SERVICES et Al C.A. No. 007-006.G.M.S

DATE JANUARY, 29th, 2008

DEAR CLERK,

Would you please file the attached letter to be presented to the court at the time the motion for injuctive relief is heard.

Thank you for your time and attention to this matter.

Sincerely



TO: JAMES DRNEC, ESQ.

FROM: KEVIN C. BRATHWAITE

RE: BRATHWAITE V. CORR. MED SERVICES eT-Al. C.A. No. 007-006 G.M.S

DATE: JANUARY, 29th, 2008

```
           FILED
        FEB - 4 2008
           BN
     U.S. DISTRICT COURT
     DISTRICT OF DELAWARE
```

DEAR MR. DRNEC,

   I received your letter regarding the confidentiality Agreement that you requested for me to sign and your clients position as to my claims.

First, I want you to know that I stand by my claims that my root canal problem was initialy cured by the atibiotics that were provided to me in 2000. When I was assaulted by correctional officers on Oct, 9th 2004, the root canal problem was reaggrivated when I was struck in the mouth. See exhibits in original complaint.

Second, it is my constitutional right to receive proper medical and dental treatment, and extraction is not an option because it is not necessary. Third, since you and your clients are challenging my constitutional right to receive proper dental care, I must decline to sign the confidentiality agreement.

Thank you for your time and attention to this matter.

Sincerely

*[signature]*

Kevin C. Brathwaite

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): KEVIN C. BRATHWAITE   Housing Location: BLDG #17

Date of Birth: 9-27-62   SBI Number: 315294   Date Submitted: JAN, 29th, 2008

Complaint (What type of problem are you having)? 10th REQUEST I AM Attempting once again to exercise my constitutional right to receive proper dental care: Root canal and fillings

Inmate Signature: [signature]   Date: JAN, 29th, 2008

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title   Date & Time

3/1/99 DE01
FORM#:
MED
263

## Certificate of Service

I Kevin C. Brathwaite, states that a copy of the attached letter and sick call request ✱ was mailed to the following parties by way of the U.S. Postal Service.

U.S. District Court
Office of the Clerk
844 King St.
Wilmington De.
19801

James E. Drnec, Esq.
711 King St.
Wilmington De
19801

Kevin C. Brathwaite
1181 Paddock Rd
Smyrna De
19977

Date: Jan, 29th, 2008

INM KEVIN C. BRATHWAITE
SBI# 315294 UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
OFFICE OF THE CLERK
844 KING ST
WILMINGTON DE.
19801