TO: Clerks Office

FROM: KEVIN C. BRATHWAITE

RE: BRATHWAITE V. CORR. MED. SERVICES
CIV ACTION # 07-06-GMS

DATE: FEBRUARY, 18th, 2008

Dear Clerk,
I need to know if this case was dismissed with or without ~~predju~~ prejudice. I also need to know if I have to pay another $350.00 to refile.

Thank you for your time and attention to this matter.

Sincerely





I/M KEVIN C. BRAITHWAITE
SBI# 315294 UNIT 2A17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
844 KING ST.
WILMINGTON DE
19801