OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

February 21, 2008

TO:

**Kevin C. Brathwaite**
SBI 315294
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Letter dated 2/18/08 Requesting Clarification of Order
          CA 07-06 GMS**

Dear Mr. Brathwaite:

    In response to the above-referenced letter received by the Clerk's office on 2/20/08, enclosed please find another copy of your dismissal order.

    Also, please note that <u>initial case filing fees and appeal fees are non-refundable</u>.  Please note that pursuant to 28 USC 1915, in forma pauperis status applies to the filing fees in a case. Should you choose to file a new civil action with the Court, a new $350.00 filing fee will be assessed to your new case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/rwc                                         PETER T. DALLEO
                                               CLERK

cc:  The Honorable Gregory M. Sleet
enc.  DI# 36