TO: CLERKS OFFICE

FROM: KEVIN C. BRATHWAITE

RE: APPEAL, C.A.# 1-07-CV6, G.M.S.

DATE: JUNE, 1st, 2008

```
FILED
JUN - 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

DEAR CLERK,

I've been on twenty four (24) hour lock up for the past four (4) years. Which makes it impossible for me to go to the law library. And for the past three (3) months I've be trying to get appeal information from the law library and all of my efforts have been ignored. So would you please send me the address for the U.S. 3rd circuit Court of Appeals. And if possible any rules regarding the appeal process.

Thank you for your time and attention to this matter.

Sincerely,

Kevin C. BRAITHWAITE
SBI# 315294  UNIT ___
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
844 N. KING ST
WILMINGTON DE
19801

UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIP CODE 19977
JUN 07 2008
$ 00.420
PITNEY BOWES