OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 10, 2008

**Kevin C. Brathwaite**
SBI 315294
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

　　　　RE:　MAILING ADDRESS OF UNITED STATES COURT OF APPEALS
　　　　　　CA 07-06 GMS

Dear Mr. Brathwaite:

　　　This is in response to your letter received 6/9/08 requesting appeal information and the Court of Appeal's address.  Per your letter request, the address is:

> Clerk
> United States Court of Appeals
> Room 21400 United States Courthouse
> Independence Mall West
> 601 Market Street
> Philadelphia, PA 19106

　　　However, please note that if you intend to file an appeal, you must file it with the U.S. District Court, who will in turn notify the Appeals Court.  Enclosed please find a blank Notice of Appeal form you may use if you are planning to file an appeal.

　　　　　　　　　　　　　　　　　Sincerely,

/rwc　　　　　　　　　　　　　　　　PETER T. DALLEO
　　　　　　　　　　　　　　　　　CLERK

cc:　The Honorable Gregory M. Sleet
enc. Appeal form