TO: CLERKS OFFICE

FROM: KEVIN C. BRATHWAITE

RE: APPEAL & FILING FEE BALANCE
    C.A. NO. 1-07-CV-6-G.M.S.

DATE: JUNE 8th, 2008

Dear Clerk,

This is the second letter that I am writing to your office regarding this matter. First, I need the address for the 3rd circut court of appeals, so that I can proceed with my appeal in this matter. I also need to know the balance that I owe for the filing fee.

Thank you

[signature]

FILED
JUN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

