# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

KEVIN C. BRATHWAITE

DISTRICT COURT
DOCKET NUMBER: 07-006-G.M.S.

v.

CORRECTIONAL MEDICAL, et-al

DISTRICT COURT
JUDGE: GREGORY M. SLEET

Notice is hereby given that __KEVIN C. BRATHWAITE__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[✓] Other (specify) __MOTION TO DISMISS__

entered in this action on __2-11-08__
(date)

Dated: __6-11-08__

_/s/ Kevin Brath_ PRO se
(Counsel for Appellant-Signature)

_____   _____
(Name of Counsel - **Typed**)   (Counsel for Appellee)

_____   _____
(Address)   (Address)

_____   _____
(City, State Zip)   (City, State Zip)

_____   _____
(Telephone Number)   (Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.



OFFICE OF THE CLERK
U.S. DISTRICT COURT     Lockbox - 18
844 N. KING ST.
WILMINGTON DE
19801