UNITED STATES COURT OF APPEALS



FILED
JUL - 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

KEVIN C. BRATHWAITE
   PLAINTIFF

V.

C.A. #08-2791
District Case # 07-CV-006-G-M-S.

CoRR. MED. SERVICES, ET. Al
   DEFENDANTS

### NOTICE TO WITHDRAW APPEAL

Now comes, the Plaintiff in the above matter, Kevin C. Brathwaite, to notify the Court that he is withdrawing his desire to appeal and request permission to appeal at a later date if necessary.

To support this Notice, this Plaintiff offers the following:

1. This Plaintiff has discovered that the U.S. District Court Clerks Office made an error when the initial complaint was filed.

2. This Plaintiff is going to attempt to address this made in the district court.

Thank you for your time and attention to this matter.

Sincerely

*[signature]*

KEVIN C. BRATHWAITE
1181 PADDOCK Rd.
SMYRNA DE.
19977

DATE: July, 5th, 2008

## Certificate of Mailing

I Kevin C. Brathwaite, states that I have mailed a copy of the attached Notice to Withdraw Appeal to the following parties by way of the U.S. Postal Service.

U.S. District Court
Clerks Office
844 N. King St.
Wilmington De.
19801

James E. Drnec.
711 N. King St
Wilmington De.
19801

Kevin C. Brathwaite

Dated: July, 5th, 2008

I/M KEVIN C. BRATHWAITE
SBI# 315294   UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
OFFICE OF THE CLERK
844 N. KING ST.
WILMINGTON DE.
19801

MAILED FROM ZIP CODE 19977
JUL 07 2008
$ 00.42⁰