# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-2791

Kevin Brathwaite v. Correctional Med Ser, et al

07-cv-00006

## O R D E R

In accordance with the motion by the appellant/petitioner in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

July 16, 2008

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

James E. Drnec, Esq.
Balick & Balick
711 King Street
Wilmington, DE 19801-0000

Mr. Kevin C. Brathwaite
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977-0000