TO: PETER DALLEO, CLERK

FROM: KEVIN C. BRATHWAITE

RE: BRATHWAITE V. CORRECTIONAL MEDICAL
    C.A. # 07-06-G.M.S.

DATE: AUG, 25th, 2008


DEAR MR. DALLEO,

   Would you please send me a copy of the court docket for the above mentioned case.

Thank you for your time and attention to this matter.



Sincerely,

*[signature]*

C.C.
   file

IM KEVIN C. BRATHWAITE
SBI# 315294 UNIT ____
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

PETER DALLEO, CLERK
OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST.
WILMINGTON DE.
19801